Ralph E. Luxton, Appellee, v. Estate of George H. Luxton, Deceased. (Alice Luxton, Appellant.)

Gen. No. 11,507.

Second District, Second Division.
September 19, 1961.

Donald E. Blodgett, of Rock Falls, for appellant; Owen M. Johnson, of Belvidere, for appellee. Opinion by JUDGE WRIGHT. Not to be published in full.